RYAN A. SEMERAD, ESQ.
Wyoming State Bar No. 7-6270
FULLER & SEMERAD, LLC
242 South Grant Street
Casper, Wyoming 82601
307-265-3455
semerad@thefullerlawyers.com

JEFFREY B. VOCKRODT, ESQ.
(*pro hac vice*)
jvockrodt@cm.law
ANNA BROOK, ESQ.
(*pro hac vice*)
abrook@cm.law
CM LAW LLP
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, TX 75240

*Attorneys for Plaintiff Wealthy Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | | |
|---|---|---|
| WEALTHY INC. | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff | : | CASE NO. 1:23-cv-00141-ABJ |
| | : | |
| v. | : | |
| | : | |
| | : | |
| OPTIMIZED LIFESTYLE LLC | : | |
| | : | |
| | : | |
| Defendant | : | |
| | : | |

## JOINT STATUS REPORT

Plaintiff Wealthy, Inc. ("Plaintiff," or "Wealthy"), through counsel, and Defendant

Optimized Lifestyle LLC, through counsel, submit this status report pursuant to the Court's

February 26, 2026, Order Granting Plaintiff's Motion for Partial Summary Judgment and Staying

the Case (the "Order") (Dkt. 95). Since the date of the Court's Order, the Ninth Circuit issued the

Mandate relating to the Nevada litigation, *Wealthy Inc. and Dale Buczkowski v. John Mulvehill*

1

*and John Anthony Lifestyle, LLC*, No. 2:22-cv-00740-JCM-EJY. The Nevada case is now

pending before the Nevada District Court.


Respectfully submitted,

By: */s/ Anna Brook*
Ryan A. Semerad, Esq.
Wyoming State Bar No. 7-6270
semerad@thefullerlawyers.com
THE FULLER & SEMERAD LAW FIRM
242 South Grant Street
Casper, Wyoming 82601
Telephone: 307-265-3455
Facsimile: 307-265-2859

Jeffrey B. Vockrodt, Esq. (*pro hac vice*)
jvockrodt@cm.law
Anna Brook, Esq. (*pro hac vice*)
abrook@cm.law
CM LAW LLP
National Litigation Support Center
13101 Preston Road, Suite 110-1510
Dallas, TX 75240
*Attorneys for Plaintiff Wealthy Inc.*

By: */s/ Sean M. Larson*
Sean M. Larson, Esq.
Wyoming State Bar No. 7-5112
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
P.O. Box 1208
Cheyenne, WY 82003-1208
Phone: 307-634-7723
Fax: 307-634-0985
slarson@hkwyolaw.com
*Attorneys for Defendant Optimized Lifestyle LLC*

2

3

## **CERTIFICATE OF SERVICE**

I certify that on April 27, 2026, I electronically filed this instrument with the Clerk of the Court for the United States District Court for the District of Wyoming by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/Anna Brook*
CM LAW LLP